Charles J. DERBES, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Inez M. ROY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Alphonse K. ROY and Charles J. Derbes, Executors of the Estate of Andrew Stafford, Deceased, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Carmen DERBES, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

STAFFORD, DERBES & ROY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

STAFFORD, DERBES & ROY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

STAFFORD, DERBES & ROY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

STAFFORD, DERBES & ROY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

UPSTREAM REALTY COMPANY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

STAFFORD, DERBES & ROY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 7170–7179.

Circuit Court of Appeals, Fifth Circuit.

March 23, 1934.

Rehearing Denied April 21, 1934.

Before BRYAN, FOSTER, and HUTCHESON, Circuit Judges.

BRYAN, Circuit Judge.

It was stipulated by the parties that the above-named cases should abide the judgment in Alphonse K. Roy v. Commissioner of Internal Revenue (C. C. A.) 69 F.(2d) 786, this day decided. As the petition for review in that case has been denied, the petitions for review herein are also denied.